## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NANOSTRING TECHNOLOGIES, INC., *et al.*,[1] | Case No. 24-10160 (CTG) |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 5, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Order Authorizing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 3]

- Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 4]

- Debtors' Motion for Entry of Order (I) Restating and Enforcing Protections of 11 U.S.C. §§ 362, 365, 525, and 541(c) and (II) Granting Related Relief [Docket No. 5]

- Motion of Debtors for Entry of Interim and Final Orders (I) Waiving the Requirements to File a List of, and Provide Notice to, All Equity Holders, (II) Authorizing Redaction of Certain Personal Identification Information from the Creditor Matrix and Other Documents, and (III) Granting Related Relief [Docket No. 6]

- Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are NanoString Technologies, Inc. (4687), NanoString Technologies International, Inc. (2723), NanoString Technologies Netherlands BV, and NanoString Technologies Germany GmbH.  The Debtors' headquarters is located at 530 Fairview Avenue North, Suite 2000, Seattle, WA 98109.

Objections by Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 7]

- Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 8]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and Compensation Obligations and (B) Maintain Employee Benefits Programs and Compensation Obligations, and (II) Granting Related Relief [Docket No. 9]

- Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code and (IV) Granting Related Relief [Docket No. 10]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Foreign Vendors, Shippers & Logistics Providers, and 503(b)(9) Claimants; and (II) Granting Related Relief [Docket No. 11]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 12]

- Debtors' Motion for Interim and Final Orders Establishing Notice and Hearing Procedures for Trading and Declarations of Worthlessness with Respect to Equity Securities in NanoString Technologies, Inc. [Docket No. 13]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 24]

- Declaration of John Cesarz in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Section 364(C) and 364(D) of the Bankruptcy Code, (II) Authorizing

the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 25]

- Declaration of R. Bradley Gray in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 26]

- Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Pleadings Scheduled for February 6, 2024 at 1:00 p.m. (ET) before the Honorable Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware [Docket No. 27] (the "*First Day Pleadings Hearing Agenda*")

On February 5, 2024, at my direction and under my supervision, employees of Kroll caused the First Day Pleadings Hearing Agenda to be served (1) by the method set forth on the Core/2002 Agenda Service List attached hereto as **Exhibit B**; (2) via overnight mail on the Bank Service List attached hereto as **Exhibit C**; (3) via overnight mail on the Tax Service List attached hereto as **Exhibit D**; (4) via overnight mail on the Utility Service List attached hereto as **Exhibit E**; and (5) via overnight mail on the Equity Holder Service List attached hereto as **Exhibit F**.

Dated: February 5, 2024

/s/ Christine Porter
Christine Porter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 5, 2024, by Christine Porter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 76519

**<u>Exhibit A</u>**

## Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | 10x Genomics Inc | Attn: Serge Saxonov | ssaxonov@10xgenomics.com |
| Counsel to the DIP Agent | Alston & Bird LLP | Attn: Matthew Kelsey, Esq. and Antone Little, Esq. | matthew.kelsey@alston.com antone.little@alston.com |
| Top 30 Unsecured Creditor | Amazon Web Services, Inc. | Attn: Julie Ness | j.ness@aws.amazon.com |
| Top 30 Unsecured Creditor | Ankura Consulting Group LLC | Attn: Daniel Copps | dcopps@ankura.com |
| Top 30 Unsecured Creditor | CaseSight, Inc. | Attn: Andrea Dugan | adugan@casesightinc.com |
| Top 30 Unsecured Creditor | CDW Corporation | Attn: Mike Di Benedetto | mikedib@cdw.com |
| Top 30 Unsecured Creditor | D&K Engineering, Inc. | Attn: William C. Suttner | wsuttner@dkengineering.com |
| State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | attorney.general@state.de.us attorney.general@delaware.gov |
| Top 30 Unsecured Creditor | EPIQ EDISCOVERY SOLUTIONS INC. | Attn: Brain Castro | brain.castro@epiqglobal.com |
| Top 30 Unsecured Creditor | Eurofins Genomics LLC | Attn: Sumit Gupta | sgupta@eurofinsus.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | FGS Global (US) LLC | Attn: Ajay Jmnarkar | ajay@fgsglobal.com |
| Counsel to DIP Lenders | Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Esq., Michael S. Neumeister, Esq., and Jonathan M. Dunworth, Esq. | dfeldman@gibsondunn.com mneumeister@gibsondunn.com jdunworth@gibsondunn.com |
| Top 30 Unsecured Creditor | Gibson, Dunn & Crutcher LLP | Attn: Ryan A. Murr | rmurr@gibsondunn.com |
| Top 30 Unsecured Creditor | GoGather LLC | Attn: Brain Kellerman | bkellerman@gogather.net |
| Top 30 Unsecured Creditor | HCL Technologies Corp Srvcs Ltd | Attn: Anubhav Verma | anubhav.verma@hcl.com |
| Top 30 Unsecured Creditor | Idex Health and Science | Attn: Mark Joiner | MJoiner@idexcorp.com |
| Top 30 Unsecured Creditor | Jason M. Wood | Attn: Jason Wood | jason@jwoodcapital.com |
| Top 30 Unsecured Creditor | Korvis LLC | Attn: Blake Harvey | blake.harvey@ascentialtech.com |
| Top 30 Unsecured Creditor | Lam Research Corporation | Attn: Timothy Archer | timothy.archer@lamresearch.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | LinkedIn Corporation | Attn: Nicole Singer | nzucker@linkedin.com |
| Top 30 Unsecured Creditor | Lucid Vision Labs, Inc. | Attn: Rod Barman | rod.barman@thinklucid.com |
| Top 30 Unsecured Creditor | Marketo, Inc. | Attn: Jack Hagler | jhagler@adobe.com |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox | rosa.sierra@usdoj.gov |
| Top 30 Unsecured Creditor | Oyster Bay Pump Works, Inc. | Attn: President or General Counsel | info@obpw.com |
| Counsel to the DIP Agent | Potter Anderson & Carroon LLP | Attn: M. Blake Cleary, Esq. | bcleary@potteranderson.com |
| Top 30 Unsecured Creditor | Redapt, Inc. | Attn: Kevin Myers | meyers@redapt.com |
| Counsel to DIP Lenders | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Esq. and Paul N. Heath, Esq. | knight@rlf.com<br>heath@rlf.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | SalesForce.com Inc. (AR) | Attn: Amy Weaver | amy.weaver@salesforce.com |
| Top 30 Unsecured Creditor | Seattle Biosoftware, Inc. | Attn: Peter Askovich | peter.askovich@seattlebiosoftware.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Top 30 Unsecured Creditor | Seismic Software, Inc. | Attn: Savannah Necessary | snecessary@seismic.com |
| Counsel to the Prepetition 2025 Note Trustee and the Prepetition Trustee and Collateral Agent | Shipman & Goodwin LLP | Attn: Kimberly S. Cohen, Esq. | KCohen@goodwin.com |
| Top 30 Unsecured Creditor | Slate360, Inc. | Attn: Danielle Reeve | dreeve@slate360inc.ocm |
| Top 30 Unsecured Creditor | Smartsheet.com, Inc. | Attn: Jared Major | jared.major@smartsheet.com |
| Counsel to DIP Lenders | Sullivan & Cromwell LLP | Attn: Ari Blaut, Benjamin Beller | bellerb@sullcrom.com<br>blauta@sullcrom.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | TrumpCard Holdings, LLC | Attn: Rachel Harris | rachel.harris@trumpcardinc.com |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | secbankruptcy@sec.gov |
| Top 30 Unsecured Creditor | Weil, Gotshal & Manges, LLP | Attn: Edward Reines | edward.reines@weil.com |
| Top 30 Unsecured Creditor | Westin San Diego Gaslamp Quarter | Attn: James Tate | james.tate@westin.com |
| Proposed Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Debra M. Sinclair, Betsy L. Feldman, Jessica D. Graber | rstrickland@willkie.com dsinclair@willkie.com bfeldman@willkie.com jgraber@willkie.com |
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Heather P. Smillie, Kristin L. McElroy | emorton@ycst.com mlunn@ycst.com hsmillie@ycst.com kmcelroy@ycst.com |

**Exhibit B**

Exhibit B

Core/2002 Agenda Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | 10x Genomics Inc | Attn: Serge Saxonov<br>6230 Stoneridge Mall Rd<br>Pleasanton CA 94588 | | Overnight Mail |
| Counsel to the DIP Agent | Alston & Bird LLP | Attn: Matthew Kelsey, Esq. and Antone Little, Esq.<br>90 Park Avenue<br>New York NY 10016 | 212-210-9444;<br>704-444-1111 | Fax |
| Top 30 Unsecured Creditor | Ankura Consulting Group LLC | Attn: Daniel Copps<br>150 North Riverside Plaza<br>Suite 2400<br>Chicago IL 60606 | | Overnight Mail |
| Top 30 Unsecured Creditor | EPIQ EDISCOVERY SOLUTIONS INC. | Attn: Brain Castro<br>777 Third Avenue 12th Floor<br>New York NY 10017 | | Overnight Mail |
| Counsel to Braidwell LP | Gibson, Dunn & Crutcher LLP | Attn: Michael S. Neumeister<br>333 South Grand Avenue<br>Los Angeles CA 90071 | 213-229-7520 | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | 855-235-6787 | Fax |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | Fax |
| Top 30 Unsecured Creditor | Marketo, Inc. | Attn: Jack Hagler<br>345 Park Ave<br>San Jose CA 95110 | | Overnight Mail |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | | Overnight Mail |
| Counsel to the DIP Agent | Potter Anderson & Carroon LLP | Attn: M. Blake Cleary, Esq.<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington DE 19801 | 302-658-1192 | Fax |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to DIP Lenders, Braidwell LP, Deerfield Partners, LP | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Esq., Paul N. Heath, Esq., Zachary J. Javorsky One Rodney Square 920 North King Street Wilmington DE 19801 | 302-651-7701 | Fax |
| Top 30 Unsecured Creditor | Schott North America, Inc. | Attn: Carlos Mendia 2 International Drive Suite 105 Rye Brook NY 10573 | | Overnight Mail |
| Counsel to the Prepetition 2025 Note Trustee and the Prepetition Trustee and Collateral Agent | Shipman & Goodwin LLP | Attn: Kimberly S. Cohen, Esq. One Constitution Plaza Hartford CT 06103 | 860-251-5212 | Fax |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights U.S. Attorney's Office 1313 N Market Street, Suite 400 Wilmington DE 19801 | 302-573-6220 | Fax |

**Exhibit C**

## Exhibit C
Bank Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|
| HSBC Bank | 133 Regent Street | | London | | | United Kingdom |
| KBC Bank | FRA – RUE Nicolas Appert 6 | 59260 Lezennes | Lezennes | | | France |
| PNC Bank | 500 First Ave | | Pittsburgh | PA | 15219 | |
| Santander Bank | Branch: 6702 | Pl. Marques De Salamanca 3-4 | Madrid | | | Spain |
| Shanhai Pudong Development Bank | No. 12 | East Zhongshan No.1 Road | Shanghai | | | China |
| Silicon Valley Bank | 3003 Tasman Dr Santa Clara | | Santa Clara | CA | 95054 | |
| WISE | Avenue Louise 54 | Room S52 | Brussels1050 | | | Belgium |

**Exhibit D**

Exhibit D

Tax Service List

Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| District of Columbia | PO Box 96169 | | Washington | DC | 20090-6169 |
| State of Arizona | PO BOX 29010 | Arizona Department of Revenue | Phenoix | AZ | 85038-9010 |
| State of California | 450 N Street | California Department of Tax and Fee Administration | Sacramento | CA | 94279 |
| State of Connecticut | PO BOX 5030 | Department of Revenue Services | Hartford | CT | 6102-50300 |
| State of Delaware | Carvel State Office Building | 820 North French Street New Castle County | Wilmington | DE | 19801 |
| State of Florida | 5050 W Tennessee Street | | Tallahassee | FL | 32399-0120 |
| State of Georgia | 1800 Century Center Blvd., N.E. | | Atlanta | GA | 30345 |
| State of Illinois | PO BOX 1040 | | GALESBURG | IL | 61402-1040 |
| State of Maryland | PO Box 17405 | Controller of Maryland - SUT Revenue Administration Division | Baltimore | MD | 21297-1405 |
| State of Massachusetts | PO Box 7039 | Massachusetts Department of Revenue | Boston | MA | 2204-70930 |
| State of Michigan | P.O. Box 30774 | Michigan Department of Treasury | Lansing | MI | 48929 |
| State of New Jersey | PO Box 999 | Sales & Use Tax | Trenton | NJ | 08646- |
| State of New York | PO BOX 15172 | NYS Sales Tax Processing | Albany | NY | 12212-5172 |
| State of North Carolina | P.O. Box 25000 | | Raleigh | NC | 27640-7000 |
| State of Ohio | Ohio Department of Taxation | P.O. Box 16560 | Columbus | OH | 43216-6560 |
| State of Pennsylvania | PA DEPARTMENT OF REVENUE | PO BOX 280905 | HARRISBURG | PA | 17128-0905 |
| State of Tennessee | Tennessee Department of Revenue Andrew Jackson State Office Building | 500 Deaderick Street | Nashville | TN | 37242 |
| State of Texas | Comptroller of Public Accounts | P.O. Box 149354 | Austin | TX | 78714-9354 |
| State of Utah | Utah State Tax Commission | 210 N 1950 W Sales and Use tax Return | Salt Lake City | UT | 84134-0400 |
| State of Washington | Washington State Department of Revenue Attn: Bankruptcy Unit | 2101 4th Ave, Suite 1400 | Seattle | WA | 98121 |

**Exhibit E**

Exhibit E
Utility Service List
Served via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CDW LLC (Veeam) | 200 N. Milwaukee Avenue | | Vernon Hills | IL | 60061 |
| Comcast | PO Box 37601 | | Philadelphia | PA | 19101-0601 |
| Comcast Business | 1701 John F Kennedy Blvd | | Philadelphia | PA | 19103 |
| TierPoint, LLC | TierPoint Services, LLC 12444 Powerscourt Dr. | Ste 450 | St.Louis | MO | 63131 |
| Vonage Business, Inc. | 101 Crawfords Corner Rd | | Holmdel | NJ | 07733-1976 |
| Zayo Group, LLC | 18110 SE 34th St Bldg 2, Ste 280 | | Vancouver | WA | 98683 |
| Ziply Fiber | PO Box 1347 | | South Windsor | CT | 06074 |

**Exhibit F**

Exhibit F
Equity Holder Service List
Served via Overnight Mail

| NAME | ADDRESS |
| --- | --- |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |
| Name on File | Address on File |