## EXHIBIT 1

**Amended Top 30 Creditors List**

**Fill in this information to identify the case:**
Debtor name: NanoString Technologies, Inc.
United States Bankruptcy Court for the: District of Delaware
Case number (If known): 24-10160

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

2/13/2024

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 10x Genomics Inc, 6230 Stoneridge Mall Rd, Pleasanton, CA 94588 | Serge Saxonov, 925-401-7300, serge@10xgenomics.com | Patent infringement | Disputed | 31,000,000 | - | 31,000,000 |
| 2 | Delaware Trust Company, 251 Little Falls Drive, Wilmington, DE 19808 | Mark R. Somerstein, 212-841-8814, Mark.Somerstein@ropesgray.com | 2025 Prepetition Notes | | 14,276,000 | - | 14,276,000 |
| 3 | SalesForce.com Inc. (AR), 415 Mission Street, 3rd Floor San Francisco, CA 94105 | Amy Weaver, 415-901-7000, amy.weaver@salesforce.com | Software | | 1,465,708 | - | 1,465,708 |
| 4 | Jason M. Wood, 4885 PARADISE DR. TIBURON, CA 94920 | Jason Wood, 415-728-2220, jason@jwoodcapital.com | Bank Service Charges | | 1,438,160 | - | 1,438,160 |
| 5 | Weil, Gotshal & Manges, LLP, 767 5th Avenue, New York, NY 10017 | Edward Reines, 650-802-3000, edward.reines@weil.com | Legal - Litigation | | 1,358,525 | - | 1,358,525 |
| 6 | Lam Research Corporation, 4650 Cushing Parkway, Fremont, CA 94538 | Timothy Archer, 510-572-1615, timothy.archer@lamresearch.com | Accrued Royalties Payable | | 881,459 | - | 881,459 |
| 7 | HCL Technologies Corp Srvcs Ltd, Axon Centre, Church Road, Egham TW20 9QB | Anubhav Verma, +91-845-090-4672, anubhav.verma@hcl.com | Capital in Progress | | 569,664 | - | 569,664 |
| 8 | Gibson, Dunn & Crutcher LLP, 555 Mission St., Sutie 3000, San Francisco, CA 94105 | Ryan A. Murr, 415-393-8373, rmurr@gibsondunn.com | Legal - Corporate | | 522,188 | - | 522,188 |
| 9 | Westin San Diego Gaslamp Quarter, 910 Broadway Circle, San Diego, CA 92101 | James Tate, 619-239-2200, james.tate@westin.com | Contract | Disputed | 482,000 | - | 482,000 |
| 10 | D&K Engineering, Inc., 16990 Goldentop Road, San Diego, CA 92127 | William C. Suttner, 858-376-2500, wsuttner@dkengineering.com | Systems - SMI - Deviations and Incremental Costs | Disputed | 451,832 | - | 451,832 |
| 11 | Idex Health and Science, 12906 Collections Center Dr., Chicago, IL 60693 | Mark Joiner, 847-498-7070, MJoiner@idexcorp.com | Instrument | | 407,106 | - | 407,106 |
| 12 | Oyster Bay Pump Works, Inc., 78 Midland Ave, Hicksville, NY 11801 | No Contact Found, 516-933-4500, info@obpw.com | Capital in Progress | | 352,275 | - | 352,275 |
| 13 | FGS Global (US) LLC, 909 Third Ave, 32nd Floor, New York, NY 10022 | Ajay Jmnarkar, 646-805-2007, ajay@fgsglobal.com | Consulting | | 237,984 | - | 237,984 |
| 14 | Marketo, Inc., 345 Park Ave, San Jose, CA 95110 | Jack Hagler, 720-370-5695, jhagler@adobe.com | Sales/Marketing-E-Marketing | | 219,408 | - | 219,408 |
| 15 | Slate360, Inc., 6628 Sky Pointe Dr, Suite 120, Las Vegas, NV 89131 | Danielle Reeve, 720-633-5639, dreeve@slate360inc.com | Trade Shows | | 216,224 | - | 216,224 |
| 16 | Eurofins Genomics LLC, 12701 Plantside Drive, Louisville, KY 40299 | Sumit Gupta, 800-688-2248, sgupta@eurofinsus.com | SMI Reagents - COGS | | 198,000 | - | 198,000 |
| 17 | Ankura Consulting Group LLC, 150 North Riverside Plaza, Suite 2400, Chicago, IL 60606 | Daniel Copps, 312-212-6100, dcopps@ankura.com | Legal - Litigation | | 195,423 | - | 195,423 |
| 18 | LinkedIn Corporation, 62228 Collections Center Drive, Chicago, IL 60693 | Nicole Singer, 650-687-3600, nzucker@linkedin.com | Recruiting Expenses | | 164,206 | - | 164,206 |
| 19 | Seismic Software, Inc., 1129 E 16th St, Indianapolis, IN 46202 | Savannah Necessary, 855-466-8748, snecessary@seismic.com | Software | | 147,964 | - | 147,964 |
| 20 | CaseSight, Inc., 100 Cummings Center, Suite 364B, Beverly, MA 01915 | Andrea Dugan, 617-933-8550, adugan@casesightinc.com | Consulting | | 140,737 | - | 140,737 |
| 21 | EPIQ EDISCOVERY SOLUTIONS INC., 777 Third Avenue 12th Floor, New York, NY 10017 | Brain Castro, 612-638-5555, brain.castro@epiqglobal.com | Legal - Litigation | | 127,171 | - | 127,171 |
| 22 | Korvis LLC, 2101 NE Jack London, Corvallis, OR 97330 | Blake Harvey, 541-738-4360, blake.harvey@ascentialtech.com | Instrument | | 123,949 | - | 123,949 |
| 23 | Redapt, Inc., 14051 NE 200TH ST., Woodinville, WA 98072 | Kevin Myers, 425-882-0400, meyers@redapt.com | Instrument | | 117,573 | - | 117,573 |
| 24 | Seattle Biosoftware, Inc., 6309B Phinney Ave. N., Seattle, WA 98103 | Peter Askovich, 206-321-8626, peter.askovich@seattlebiosoftware.com | Software | | 116,500 | - | 116,500 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 | TrumpCard Holdings, LLC<br>23807 Aliso Creek Road, Suite 200, Laguna Niguel, CA 92677 | Rachel Harris<br>800-496-2206<br>rachel.harris@trumpcardinc.com | Outbound Freight - Instruments | | 100,223 | - | 100,223 |
| 26 | CDW Corporation<br>40 E Rio Salado Pkwy, Tempe, AZ 85281 | Mike Di Benedetto<br>847-465-6000<br>mikedib@cdw.com | Service Contracts | | 100,026 | - | 100,026 |
| 27 | Smartsheet.com, Inc.<br>500 108th Ave NE #200, Bellevue, WA 98004 | Jared Major<br>425-324-2360<br>jared.major@smartsheet.com | Software | | 93,988 | - | 93,988 |
| 28 | Schott North America, Inc.<br>2 International Drive, Suite 105, Rye Brook, NY 10573 | Carlos Mendia<br>502-657-4413<br>No email Found | Instrument | | 92,775 | - | 92,775 |
| 29 | Amazon Web Services, Inc.<br>410 Terry Ave North Seattle, WA 98104 | Julie Ness<br>206-335-6742<br>j.ness@aws.amazon.com | Software | | 91,980 | - | 91,980 |
| 30 | GoGather LLC<br>27885 High Vista Drive, Escondido, CA 92026 | Brain Kellerman<br>760-466-8080<br>bkellerman@gogather.net | Trade Shows | | 87,780 | - | 87,780 |