**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> NANOSTRING TECHNOLOGIES, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-10160 (CTG) <br><br> (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 7, 2024 AT 1:00 P.M. (ET)**

**WITH PERMISSION OF THE COURT, THIS HEARING HAS BEEN
CANCELLED, AS NO MATTERS ARE GOING FORWARD**

**ADJOURNED MATTERS**

1. Motion of Debtors for Relief from the Automatic Stay with Respect to U.S. CosMx Action [D.I. 125, 2/21/24]

   Related Documents:   None to date.

   Response Deadline:   February 29, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors, 10x Genomics, Inc., and the DIP Lenders[3] to March 8, 2024 at 4:00 p.m. (ET)

   Objections/Informal Responses:

   A.  President & Fellows of Harvard College's Response to Motion of Debtors for Relief from the Automatic Stay with Respect to the U.S. CosMx Action

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are NanoString Technologies, Inc. (4687), NanoString Technologies International, Inc. (2723), NanoString Technologies Netherlands B.V., and NanoString Technologies Germany GmbH. The Debtors' headquarters is located at 530 Fairview Avenue North, Suite 2000, Seattle, WA 98109.

[2] **Amended items appear in bold.**

[3] As defined in the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [D.I. 75].

[D.I. 194, 2/28/24]

| | | |
|---|---|---|
| Status: | | By agreement of the parties, this matter has been adjourned to the hearing scheduled for March 18, 2024 at 1:00 p.m. (ET). |

2. Motion of 10x Genomics, Inc. for Entry of an Order (I) Modifying the Automatic Stay with Respect to the 653 Action and the IPR Proceedings and (II) Granting Related Relief [D.I. 127, 2/22/24]

    Related Documents:    None to date.

    Response Deadline:    February 29, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors, 10x Genomics, Inc., and the DIP Lenders to March 8, 2024 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None to date.

    Status:    By agreement of the parties, this matter has been adjourned to the hearing scheduled for March 18, 2024 at 1:00 p.m. (ET).

**RESOLVED MATTER**

3. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code and (IV) Granting Related Relief [D.I. 10, 2/5/24]

    Related Documents:

        A.    Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code and (IV) Granting Related Relief [D.I. 69, 2/6/24]

        B.    Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 76, 2/7/24]

        C.    Notice of Adjourned Matters [D.I. 132, 2/23/24]

        D.    Certification of Counsel [D.I. 213, 3/1/24]

      E.      Final Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Waiving Certain Operating Guidelines; (III) Suspending Time to Comply with Section 345(b) of the Bankruptcy Code and (IV) Granting Related Relief [D.I. 214, 3/1/24]

Response Deadline:      February 21, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to February 29, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

      F.      Informal Comments from the Office of the United States Trustee

      G.      Informal Comments from the Official Committee of Unsecured Creditors

      H.      Informal Comments from Counsel to the DIP Lenders

Status:      An order has been entered. No hearing is required.

## MATTER GOING FORWARD

4.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 24, 2/5/24]

Related Documents:

      A.      Declaration of John Cesarz in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 25, 2/5/24]

      B.      Notice of Filing of DIP Budget [D.I. 45, 2/6/24]

      C.      Declaration of Jesse Delconte in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Section 364(c) and

|   |   |
|---|---|
|   | 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 47, 2/6/24] |
| D. | Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 75, 2/6/24] |
| E. | Omnibus Notice of First Day Motions and Final Hearing Thereon [D.I. 76, 2/7/24] |
| F. | Notice of Filing of Execution Version of DIP Credit Agreement [D.I. 80, 2/8/24] |
| G. | Notice of Adjourned Matters [D.I. 132, 2/23/24] |
| H. | The Official Committee of Unsecured Creditors' Notice of Deposition to the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030 in Connection with the DIP Motion [D.I. 144, 2/24/24] |
| I. | The Official Committee of Unsecured Creditors' Notice of Deposition to Braidwell Partners Transaction Master Fund LP Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030 in Connection with the DIP Motion [D.I. 147, 2/24/24] |
| J. | The Official Committee of Unsecured Creditors' Notice of Deposition to Deerfield Partners, L.P., Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030 in Connection with the DIP Motion [D.I. 148, 2/24/24] |
| K. | Letter Regarding Discovery Requests Filed by Braidwell Partners Transaction Master Fund LP and Deerfield Partners, L.P. [D.I. 190, 2/28/24] |
| L. | Notice of Video Status Conference on March 1, 2024 at 10:00 a.m. (ET) [D.I. 197, 2/28/24] |
| M. | Notice of Rescheduled Video Status Conference on March 4, 2024 at 12:00 p.m. (ET) [D.I. 212, 2/29/24] |
| N. | Response Letter to DIP Lenders re: Discovery Requests [D.I. 216, 3/1/24] |

- O.  Cross Notice of Deposition to the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030 in Connection with the DIP Motion [D.I. 219, 3/3/24]

- P.  Notice of Cancelled Status Conference on March 4, 2024 at 12:00 p.m. (ET) [D.I. 220, 3/4/24]

- Q.  Notice of Video Status Conference on March 4, 2024 at 2:30 p.m. (ET) [D.I. 222, 3/4/24]

- R.  Debtors' Omnibus Reply in Support of the Debtors' Motion to Obtain Postpetition Financing and Use of Cash Collateral [D.I. 226, 3/4/24]

- S.  DIP Lenders' Omnibus Reply and Joinder to Debtors' Omnibus Reply to Objections to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 228, 3/4/24]

- T.  Notice of Filing of Proposed Final DIP Order [D.I. 241, 3/5/24]

Response Deadline:    February 21, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to February 29, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

- U.  Limited Objection of 10x Genomics, Inc. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 123, 2/21/24]

- V.  Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 211, 2/29/24]

      W.      Joinder of 10x Genomics, Inc. to the Official Committee of Unsecured Creditors' Objection to Debtors' DIP Motion [D.I. 218, 3/3/24]

**Additional Related Documents:**

      **X.**      **The Official Committee of Unsecured Creditors' Witness and Exhibit List for March 7, 2024 Hearing [D.I. 244, 3/5/24]**

      **Y.**      **10x Genomics, Inc.'s Witness and Exhibit List for Hearing Scheduled for March 7 2024 [D.I. 245, 3/5/24]**

      **Z.**      **Debtors' Witness and Exhibit List for Hearing Set for March 7, 2024 [D.I. 246, 3/5/24]**

      **AA.**      **DIP Lenders' Witness and Exhibit List for Hearing Set for March 7, 2024 at 1:00 p.m. (ET) [D.I. 247, 3/5/24]**

**Status:**      **This matter has been adjourned to March 18, 2024 at 1:00 p.m. (ET).**

*[Signature Page Follows]*

Dated: March 6, 2024
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Allison S. Mielke*
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Allison S. Mielke (Del. No. 5934)
Kristin L. McElroy (Del. No. 6871)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
kmcelroy@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Debra M. Sinclair (admitted *pro hac vice*)
Betsy L. Feldman (Del. No. 6410)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
rstrickland@willkie.com
dsinclair@willkie.com
bfeldman@willkie.com
jgraber@willkie.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*