IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NANOSTRING TECHNOLOGIES, INC., *et al.*,[1] | Case No. 24-10160 (CTG) |
| Debtors. | (Jointly Administered) |

NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 28, 2024 AT 2:30 P.M. (ET)

**WITH PERMISSION FROM THE COURT, THIS HEARING
HAS BEEN CANCELLED AS NO MATTERS ARE GOING FORWARD**

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse Purchase Agreement and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 270, 3/10/24]

    Related Documents:

    A. Declaration of Christopher O'Connor in Support of the Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are NanoString Technologies, Inc. (4687), NanoString Technologies International, Inc. (2723), NanoString Technologies Netherlands B.V., and NanoString Technologies Germany GmbH. The Debtors' headquarters is located at 530 Fairview Avenue North, Suite 2000, Seattle, WA 98109.

[2] **Amended items appear in bold and italics.**

      a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 272, 3/10/24]

B.     Declaration of John Cesarz in Support of the Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 273, 3/10/24]

C.     Order Shortening Time for Notice of the Debtors' Bidding Procedures Motion [D.I. 278, 3/11/24]

<u>Response Deadline</u>:     March 22, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to March 24, 2024 at 12:00 p.m. (ET); extended for the U.S. Trustee to March 25, 2024 at 5:00 p.m. (ET).

<u>Objections/Informal Responses</u>:

D.     Limited Objection and Reservation of Rights of Veracyte, Inc. in Response to Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 371, 3/22/24]

E.     Limited Objection of the United States Trustee to Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement and to Provide the

        Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 373, 3/25/24]

**Additional Related Document:**

    F.    **Certification of Counsel Regarding Revised Proposed Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse Purchase Agreement and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Granting Related Relief [D.I. 382, 3/27/24]**

**Status:**    **The parties have resolved items D and E. A certification of counsel has been filed. A hearing is not required unless the Court has questions.**

*[Signature Page Follows]*

Dated: March 28, 2024
      Wilmington, Delaware

      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

      */s/ Allison S. Mielke*
      Edmon L. Morton (Del. No. 3856)
      Matthew B. Lunn (Del. No. 4119)
      Allison S. Mielke (Del. No. 5934)
      Kristin L. McElroy (Del. No. 6871)
      Rodney Square
      1000 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253
      emorton@ycst.com
      mlunn@ycst.com
      amielke@ycst.com
      kmcelroy@ycst.com

      -and-

      **WILLKIE FARR & GALLAGHER LLP**
      Rachel C. Strickland (admitted *pro hac vice*)
      Debra M. Sinclair (admitted *pro hac vice*)
      Betsy L. Feldman (Del. No. 6410)
      Jessica D. Graber (admitted *pro hac vice*)
      787 Seventh Avenue
      New York, New York 10019
      Telephone:  (212) 728-8000
      Facsimile:  (212) 728-8111
      rstrickland@willkie.com
      dsinclair@willkie.com
      bfeldman@willkie.com
      jgraber@willkie.com

      *Co-Counsel to the Debtors and Debtors in Possession*