# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NANOSTRING TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10160 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Christian Rivera, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 15, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Chapter 11 Plan of NanoString Technologies, Inc. and Its Affiliated Debtors [Docket No. 448]

- Disclosure Statement for the Chapter 11 Plan of NanoString Technologies, Inc. and Its Affiliated Debtors [Docket No. 449]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification numbers, to the extent applicable, are NanoString Technologies, Inc. (4687), NanoString Technologies International, Inc. (2723), NanoString Technologies Netherlands BV, and NanoString Technologies Germany GmbH. The Debtors' headquarters is located at 530 Fairview Avenue North, Suite 2000, Seattle, WA 98109.

Dated: April 22, 2024

/s/ *Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 22, 2024, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

# **Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Wells Fargo Vendor Financial Services, LLC | A Ricoh USA Program | Bankruptcy Administration<br>PO Box 13708<br>Macon GA 31208-3708 | Bankruptcy@leasingconnection.com | Email |
| Proposed counsel to the Official Committee of Unsecured Creditors, Official Committee of Unsecured Creditors of NanoString Technologies, Inc., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Philip C. Dublin, Meredith A. Lahaie<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | pdublin@akingump.com<br>mlahaie@akingump.com | Email |
| Counsel to Wilmington Trust, National Association | Alston & Bird LLP | Attn: Jason J. Solomon, Antone J. Little<br>Vantage South End<br>1120 South Tryon Street, Suite 300<br>Charlotte NC 28203-6818 | jason.solomon@alston.com<br>antone.little@alston.com | Email |
| Counsel to the DIP Agent and Wilmington Trust, National Association | Alston & Bird LLP | Attn: Matthew Kelsey, Esq. and Antone Little, Esq.<br>90 Park Avenue<br>15th Floor<br>New York NY 10016-1387 | matthew.kelsey@alston.com<br>antone.little@alston.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Lam Research Corporation | Cross & Simon | Attn: Christopher P. Simon, Kevin S. Mann<br>1105 N. Market Street<br>Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com<br>kmann@crosslaw.com | Email |
| State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us<br>attorney.general@delaware.gov | Email |
| Counsel to the Prepetition 2025 Note Trustee and the Prepetition Trustee and Collateral Agent | Delaware Trust Company | Attn: Michelle Dreyer<br>251 Little Falls Drive<br>Wilmington DE 19808 | michelle.dreyer@cscgfm.com<br>ustrustagency@delawaretrust.com | Email |
| Counsel to U.S. Bank Trust Company, National Association ("U.S. Bank"), as Indenture Trustee | Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington DE 19801 | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |

In re: NanoString Technologies, Inc., et al.
Case No. 24-10160 (CTG)

Page 1 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to D&K Engineering, Inc. and Korvis, LLC | Epstein Becker & Green, P.C. | Attn: Wendy G. Marcari<br>875 Third Ave<br>New York NY 10022 | wmarcari@ebglaw.com | Email |
| Counsel for IDEX Health & Science LLC | Foley & Lardner LLP | Attn: Michael J. Small, Nora J. McGuffey<br>321 N. Clark St., Ste. 3000<br>Chicago IL 60654 | msmall@foley.com<br>nora.mcguffey@foley.com | Email |
| Counsel for IDEX Health & Science LLC | Gibbons P.C. | Attn: Katharina Earle<br>300 Delaware Ave., Ste. 1015<br>Wilmington DE 19801 | kearle@gibbonslaw.com | Email |
| Counsel to DIP Lenders, Braidwell LP | Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Esq. and Jonathan M. Dunworth, Esq.<br>200 Park Avenue<br>New York NY 10166-0193 | dfeldman@gibsondunn.com<br>jdunworth@gibsondunn.com | Email |
| Counsel to Braidwell LP | Gibson, Dunn & Crutcher LLP | Attn: Michael S. Neumeister<br>333 South Grand Avenue<br>Los Angeles CA 90071 | mneumeister@gibsondunn.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Brian Schartz, Jordan E. Elkin<br>601 Lexington Avenue<br>New York NY 10022 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Domenic E. Pacitti, Michael W. Yurkewicz<br>919 N. Market Street, Suite 1000<br>Wilmington DE 19801-3062 | | First Class Mail |
| Co-Counsel for Patient Square Capital and Nucleus Buyer, LLC | Kirkland & Ellis LLP | Attn: Adam G. Landis and Matthew B. McGuire<br>919 N. Market Street<br>Suite 1800<br>Wilmington DE 19801 | bschartz@kirkland.com<br>jordan.elkin@kirkland.com | Email |
| Co-Counsel for Patient Square Capital and Nucleus Buyer, LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Brian S. Rosen, Meghana Vunnamadala<br>1271 Avenue of the Americas<br>New York NY 10020 | dpacitti@klehr.com<br>myurkewicz@klehr.com | Email |
| Counsel to Braidwell LP and Deerfield Partners LP | Landis, Rath & Cobb LLP | Attn: Kimberly A. Posin, Amy C. Quartarolo<br>355 South Grand Avenue<br>Suite 100<br>Los Angeles CA 90071 | landis@lrclaw.com<br>mcguire@lrclaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to 10x Genomics, Inc. | Latham and Watkins LLP | Attn: Derek C. Abbott, Sophie Rogers Churchill<br>1201 North Market Street, 16th Floor<br>Wilmington DE 19801 | Brian.rosen@lw.com<br>meghana.vunnamadala@lw.com | Email |
| Counsel to 10x Genomics, Inc. | Latham and Watkins LLP | Attn: President or General Counsel<br>530 Fairview Avenue North<br>Suite 2000<br>Seattle WA 98109 | kim.posin@lw.com<br>amy.quartarolo@lw.com | Email |
| Counsel to 10x Genomics, Inc. | Morris, Nichols, Arsht & Tunnel LLP | Attn: Timothy J. Fox, Jr.<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | dabbott@morrisnichols.com<br>srchurchill@morrisnichols.com | Email |
| Debtors | NanoString Technologies, Inc. | Attn: M. Blake Cleary, Gregory J. Flasser, Levi Akkerman<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington DE 19801 | legal@nanostring.com | Email |
| State Attorney General | National Association of Attorneys General | Attn: Mark R. Somerstein, Esq., Meir Weinberg, Esq., Patricia I. Chen, Esq.<br>1211 Avenue of the Americas<br>New York NY 10036 | | First Class Mail |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Antonia Apps, Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | timothy.fox@usdoj.gov | Email |
| Counsel to the DIP Agent and Wilmington Trust, National Association | Potter Anderson & Carroon LLP | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | bcleary@potteranderson.com<br>gflasser@potteranderson.com<br>lakkerman@potteranderson.com | Email |
| Counsel to the Prepetition 2025 Note Trustee and the Prepetition Trustee and Collateral Agent | Ropes & Gray LLP | Attn: Kimberly S. Cohen, Esq.<br>One Constitution Plaza<br>Hartford CT 06103 | mark.somerstein@ropesgray.com<br>Meir.Weinberg@ropesgray.com<br>Patricia.Chen@ropesgray.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Ari Blaut, Benjamin Beller<br>125 Broad Street<br>New York NY 10004-2498 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Laura L. McCloud<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | secbankruptcy@sec.gov | Email |
| Counsel to the Prepetition Trustee and Collateral Agent for the Prepetition 2026 Secured Notes, U.S. Bank Trust Company, National Association ("U.S. Bank"), as Indenture Trustee | Shipman & Goodwin LLP | Attn: David M. Fournier, Evelyn J. Meltzer, Tori L. Remington, Kenneth A. Listwak<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street P.O. Box 1709<br>Wilmington DE 19899-1709 | KCohen@goodwin.com | Email |
| Counsel to DIP Lenders, Deerfield Partners, LP | Sullivan & Cromwell LLP | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | bellerb@sullcrom.com<br>blauta@sullcrom.com | Email |
| Counsel to Tennessee Attorney General's Office | Tennessee Department of Revenue | Attn: Rachel C. Strickland, Debra M. Sinclair, Betsy L. Feldman, Jessica D. Graber<br>787 Seventh Avenue<br>New York NY 10019 | AGBankDelaware@ag.tn.gov | Email |
| Counsel to the Official Committee of Unsecured Creditors of NanoString Technologies, Inc., et al. | Troutman Pepper Hamilton Sanders LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Heather P. Smillie, Kristin L. McElroy<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | david.fournier@troutman.com<br>evelyn.meltzer@troutman.com<br>tori.remington@troutman.com<br>ken.listwak@troutman.com | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Proposed Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Debra M. Sinclair, Betsy L. Feldman, Jessica D. Graber<br>787 Seventh Avenue<br>New York NY 10019 | rstrickland@willkie.com<br>dsinclair@willkie.com<br>bfeldman@willkie.com<br>jgraber@willkie.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Heather P. Smillie, Kristin L. McElroy<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>kmcelroy@ycst.com | Email |